Ex 1



U.S. Department of Homeland Security
John F. Kennedy Federal Building
Boston, MA 02203

**U.S. Immigration and Customs Enforcement**

Name: Michael FAHNBULLEH
A#: 46 134 496

C/O Wyatt Detention Center

## Notice to Alien of File Custody Review

You are detained in the custody of the Immigration and Naturalization Service (INS) and you are required to cooperate with the INS in effecting your removal from the United States. If the INS has not removed you from the United States within the removal period as set forth in INA 241(a) (normally 90-days) of either: 1) your entering INS custody with a final order of removal, deportation or exclusion, or 2) the date of any final order you receive while you are in INS custody, the INS Deciding Official will review your case for consideration of release on an Order of Supervision. Release, however, is dependent on your demonstrating to the satisfaction of the Attorney General that you **will not** pose a danger to the community and **will not** present a flight risk.

Your custody status will be reviewed on or about: **(01/17/06)**. The Deciding Official may consider, but is not limited to considering the following:

1. Criminal convictions and criminal conduct;
2. Other criminal and immigration history;
3. Sentence(s) imposed and time actually served;
4. History of escapes, failures to appear for judicial or other proceedings, and other defaults;
5. Probation history;
6. Disciplinary problems while incarcerated;
7. Evidence of rehabilitative effort or recidivism;
8. Equities in the United States;
9. Cooperation in obtaining your travel document.
10. Any available mental health reports.

You may submit any documentation you wish to be reviewed in support of your release, prior to the date listed above, to the attention of the Officer and address below. English translations must be provided pursuant to 8 CFR 103.2(b)(3). An attorney or other person may submit materials on your behalf. The district director will notify you of the decision in your case. Attached to this notice a list of free or low cost legal representatives who may be able to provide assistance to you in preparing your case.

**U.S. Department of Homeland Security**
Bureau of Immigration and Customs Enforcement
Attn: POCR Unit
JFK Federal Building, Government Center
Boston, Ma 02203

METHOD OF SERVICE

I certify that this form was provided to the alien by: (Hand) (Institution Mail)
( ) CC: Attorney of Record or Designated Representative
(✓) CC: A-file

Tina Guarna-Armstrong — Signature of Officer
Tina Guarna-Armstrong — Print Name of Officer
12/5/05 — Date

*Office of Detention and Removal Operations*
*New England Area*

**U.S. Department of Homeland Security**
JFK Federal Building
Government Center
Boston, MA 02203

**U.S. Immigration and Customs Enforcement**

Michael FAHNBULLEH
C/O Wyatt Detention Center
580 Broad Street
Central Falls, RI 02863

A 46-134-496

## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE's reviewing officials.

You were entered the U.S. as an immigrant on August 2, 1997 at New York, New York. On June 11, 2003 you were convicted in the Superior Court at Providence, RI of Aiding and Abetting/ Felony and Felony Assault. You were sentenced to fifteen years, with five years to serve and ten years suspended. On October 20, 2004, ICE served you with a Notice to Appear and you were taken into custody. The Immigration Judge ordered your removal to Liberia on April 11, 2005. You filed an appeal with the Board of Immigration Appeals (BIA) on May 9, 2005. The BIA affirmed the decision of the Immigration Judge on October 18, 2005.

Based on the above, you are to remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to effect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

If you have not been released or removed from the United States by April 17, 2006, jurisdiction of the custody decision in your case will be transferred to the Headquarters Post Order Unit (HQPDU), 801 I St. NW, Washington, DC 20536. HQPDU will make a final determination regarding your custody.

Bruce E. Chadbourne

Signature and Title of Deciding Official

1-26-06

Date

Ex. 1



**PROOF OF SERVICE**

**(1) Personal Service (Officer to complete both (a) and (b) below.)**

(a) I ______________________________, ______________________________,
Name of ICE Officer Title
certify that I served ______________________________ with a copy of
Name of detainee
this document at ______________________________ on ____________, at ______________.
Institution Date Time

(b) I certify that I served the custodian ______________________________,
Name of Official
______________________________, at ______________________________, on
Title Institution
____________________ with a copy of this document.
Date

**OR**

**(2) Service by certified mail, return receipt. (Attach copy of receipt)**

I I. Guarna-Armstrong, Deportation Officer, certify
Name of ICE Officer Title
that I served Michael Fahnbulleh and the custodian -----------,
Name of detainee Name of Official
with a copy of this document by certified mail at Wyatt Detention Center on 1/27/06.
Institution Date

( ) cc: Attorney of Record or Designated Representative
(X) cc: A-File