UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL B. FAHNBULLEH

vs. C.A. No. 06-194S

BRUCE CHADBOURNE INTERIM
FIELD OFFICE DIRECTOR BUREAU
OF IMMIGRATION AND CUSTOMS
ENFORCEMENT; WAYNE SALISBURY,
WARDEN OF DONALD W. WYATT
DETENTION FACILITY

ORDER

The Government is hereby ordered to file its response to the plaintiff's "Motion Under 28 U.S.C. §2241 for Writ of Habeas Corpus." Said response will be filed on or before **May 15, 2006**.

By Order,

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

Date: 4/28/06