**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MICHAEL B. FAHNBULLEH, [A46 134 496],<br>Petitioner<br><br>v.<br><br>BRUCE CHADBOURNE, INTERIM FIELD OFFICE DIRECTOR FOR DETENTION AND REMOVAL, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT; WAYNE SALISBURY, WARDEN OF DONALD W. WYATT DETENTION FACILITY,<br>Respondents | ) | C.A. No. 06-194S |

**SUGGESTION OF MOOTNESS**

Bruce Chadbourne, Interim Field Office Director for Detention And Removal, and the Bureau of Immigration and Customs Enforcement (the Federal respondents), in response to the Court's Order Directing Government to Respond, assert that petitioner Michael B. Fahnbulleh was released from custody under an Order of Supervision, which was acknowledged by petitioner on April 18, 2006. Copies of the Release Notification, Proof of Service and Order of Supervision are attached hereto and incorporated herein.

As petitioner has already obtained the relief sought, the Federal respondents assert that his petition is moot and that it should be dismissed accordingly.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER #3415
Assistant United States Attorney
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th day of May, 2006, a true and correct copy of the foregoing SUGGESTION OF MOOTNESS was served on Petitioner, by mailing same, by first-class mail, postage prepaid, to:

Michael B. Fahnbulleh
16 Miller Avenue
Providence, RI 02905

Nancy A. DeGuerzo