*Office of Detention and Removal Operations*
*New England Area*

U.S. Department of Homeland Security
JFK Federal Building, Government Center
Boston, MA 02203

U.S. Immigration and Customs Enforcement

Michael FAHNBULLEH
c/o Wyatt Detention Center
580 Broad Street
Central Falls, RI 02863

A46-134-496

I ACKNOWLEDGE RECEIPT OF THIS NOTICE [signature]
(DATE)

**Release Notification**

Upon review of your case, U.S. Immigration and Customs Enforcement (ICE) has concluded that you may be released from ICE custody pending your removal from the United States. This release does not affect your removal order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly on the Order of Supervision and Addendum to the Order of Supervision forms, and by which you must abide. A violation of one of more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond that you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer may verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. ICE will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own and provide proof of your efforts to ICE. Once a travel document is obtained, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

[signature] 4/14/06

Bruce E. Chadbourne
Field Office Director
New England Area

Date

(rev. 1/26/05)

## PROOF OF SERVICE

**(1) Personal Service (Officer to complete both (a) and (b) below.)**

(a) I Francisco Estevez, IEA
Name of ICE Officer, Title
certify that I served FAHNBULLEH, michael with a copy of
Name of detainee
this document at South Bay / Boston, MA on 4/18/06, at 1:10 pm.
Institution, Date, Time

(b) I certify that I served the custodian ______________________,
Name of Official
______________________, at ______________________, on
Title, Institution
______________ with a copy of this document.
Date

**OR**

**(2) Service by certified mail, return receipt. (Attach copy of receipt)**

I ______________________, ______________________, certify
Name of ICE Officer, Title
that I served ______________________ and the custodian ______________________,
Name of detainee, Name of Official
with a copy of this document by certified mail at ______________________ on ______________.
Institution, Date

( ) cc: Attorney of Record or Designated Representative
(X) cc: A-File

U.S. Department of Justice
Immigration and Naturalization Service

# Order of Supervision

File No: A46134496
Date: April 13, 2006

Name: FAHNBULLEH, Michael

on 10/18/05 (Date of final order), you were ordered:

[ ] Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
[X] Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

[X] That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation or removal.

[X] That upon request of the Service, you appear for medical or psychiatric examination at the expense of the United States Government.

[X] That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.

[X] That you do not travel outside New England Area (Specify geographic limits, if any) for more than 48 hours without first having notified this Service office of the dates and places of such proposed travel.

[X] That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.

[X] That you report in person on the May 15, 2006 at 9:00 am to this Service office at: (Deportation Section) 200 Dyer St. Providence, RI 02903 unless you are granted written permission to report on another date.

[X] That you assist the Immigration and Naturalization Service in obtaining any necessary travel documents.

[X] Other: Report as required to RI Probation

[X] See attached sheet containing other specified conditions (Continue on separate sheet if required)

(Signature of INS official)

J. Quarna-Armstrong, Deportation Officer
(Print name and title of INS official)

## Alien's Acknowledgment of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

(Signature of INS official serving order) (Signature of alien) 4/18/06 Date

Form I-220B (Rev. 4/1/97)N

U.S. Department of Justice
Immigration and Naturalization Service

Continuation Page for Form: **I-220B**

| Alien's Name | File Number | Date |
|---|---|---|
| FAHNBULLEH, Michael | A46-134-496 | April 13, 2006 |

[redacted]

Michael Fahnbulleh

*Alien's Signature*

**Alien's Address**

16 Miller Ave
Prov. R.I 02905

401-461-2918

Alien's Telephone Number (if any)

RIGHT INDEX PRINT



**PERSONAL REPORT RECORD**

| DATE | OFFICER | COMMENT/CHANGES |
|---|---|---|
| | | |

| Signature | Title |
|---|---|
| | |

U.S. Department of Justice
Immigration and Naturalization Service

# Order of Supervision-Addendum

File No: A46134496
Date: April 13, 2006

Name: FAHNBULLEH, Michael

[X] That you do not associate with known gang members, criminal associates, or be associated with any such activity.

[ ] That you register in a substance abuse program within 14 days and provide the INS with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a program counselor.

[ ] That you register in a sexual deviancy counseling program within 14 days and provide the INS with written proof of such within 30 days. You must provide the INS with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

[ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide the INS with written proof of such within 10 days.

[X] That you do not commit any crimes while on this Order of Supervision.

[X] That you report to any parole or probation officer as required within 5 business days and provide the INS with written verification of the officers name, address, telephone number, and reporting requirements.

[X] That you continue to follow any prescribed doctors orders whether medical or psychological including taking prescribed medications.

[X] That you provide the INS with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

[X] That you provide the INS with written responses from the Embassy or Consulate regarding your request.

[X] Any violation of the above conditions will may result in revocation of your employment authorization document.

[X] Any violation of these conditions may result in you being taken into Service custody and you being criminally prosecuted.

[ ] Other.

# Outprocessing Checklist

## Sex Offenders

[ ] Probation/Parole Officer notified.

[ ] Registered as sex-offender as required by state statute within 7 days.

[ ] Victim/Witness Coordinator notified.

[ ] Victim/Witness notified.

[ ] Written Proof of Counseling.

## Substance Abusers

[ ] Probation/Parole Officer notified.

[ ] Written Proof of Counseling.

## All Aliens

[ ] Parole/Probation Officer notified.

[ ] Obtain address where living and telephone number.

[ ] Enter into IDENT

[ ] NCIC check

[ ] Travel document application

**Completed By:**

______________________________________________

**Deportation Officer** **Date**

**Concurrence By:**

______________________________________________

**Supervisory Deportation Officer** **Date**

U.S. Immigration and Customs Enforcement
200 Dyer Street
Providence, Rhode Island 02903
Telephone (401) 528-5544

U.S. Immigration and Customs Enforcement

Detention & Removal Ops.

# Facsimile Transmission

Date 05/04/20 01

To: Office of U.S. Attorney — Attn: Robin Feder

Fax: ( ) 709-5017

From: PAO/DRO — G. Mercurio

Phone: (401) 528-5562 fax

☐ Urgent ☐ Action ☐ Concurrence ☐ FYI

Number of pages including cover:

Comments: