UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL B. FAHNBULLEH,

Petitioner,

V. C.A. No. 06-194S

BRUCE CHADBOURNE
INTERIM FIELD OFFICE
DIRECTOR BUREAU OF
IMMIGRATION AND CUSTOMS
ENFORCEMENT, ET AL.,

Respondents.

**ORDER**

Pursuant to the filing of Respondents' Suggestion of Mootness with this Court on May 8, 2006, this matter is hereby considered MOOT and Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is DISMISSED.

ORDER:

By: ______________________
Deputy Clerk

ENTER:

______________________
William E. Smith
U.S. District Judge

Date: 5/11/06